IH-32                                                                                                   Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

LUCIO CELLI,

Plaintiff

vs.

PRESIDENT DONALD J. TRUMP, ATTORNEY GENERAL PAMELA BONDI; UNITED FEDERATION OF TEACHERS; NEW YORK CITY DEPARTMENT OF EDUCATION; and NEW YORK CITY TEACHERS' RETIREMENT SYSTEM,

Defendant

Case Number

1:25-CV-02031-JMF

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

LUCIO CELLI,

Plaintiff

vs.

NEW YORK CITY (City Council, Boro Pres, etc.); UNITED FEDERATION OF TEACHERS; AMERICAN FEDERATION OF TEACHERS; NYC TEACHER'S RETIREMENT SYSTEM; NYC DEP'T OF EDUCATION; JUDGE FRANK; and EEOC/DIAMOND,

Defendant

Case Number

1:24-CV-09743-JPC-RWL

Status of Earlier Filed Case:

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

Pro se Complaint filed December 18, 2024 (ECF No. 1) and assigned to Judge Cronan. Order of reference to Magistrate Judge Lehrburger dated January 13, 2025. (ECF No. 5.) Miscellaneous motions filed by Plaintiff denied. (ECF Nos. 64, 67, 68, 81, 84, 86, 94, 100, 102, 105, 121, 123.) Defendant UFT's motion to dismiss filed April 14, 2025. (ECF No. 82.) Order dated April 21, 2025, directing Plaintiff to show cause why case should not be dismissed due to Plaintiff's repeated failure to comply with Court orders. (ECF No. 87.) Show cause hearing scheduled for May 13, 2025 before Magistrate Judge Lehrburger. (Id.)

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

The Petition in the later filed case appears to seek a "stay of proceedings" in the earlier filed case, seeks reconsideration of the orders of Magistrate Judge Lehrburger in that case and/or seeks relief in connection with Magistrate Judge Lehrburger's conduct in the earlier filed case. The Petition also raises the same issues as raised in the earlier filed case. A stay of proceedings has already been denied as vexatious and frivolous in the earlier filed case in several different orders. (ECF Nos. 94, 105, 118.)

Signature: _Paul Brown_                                 Date: May 9, 2025

Firm: Blitman & King, LLP