UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
 :
LUCIO CELLI, :
 :
                Plaintiff, :
 : 25-CV-2031 (JMF)
    -v- :
 : ORDER
DONALD J. TRUMP, et al., :
 :
                Defendants. :
 :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In this case, Plaintiff Lucio Celli, proceeding without counsel, explicitly seeks relief related to another case pending in this district, *Celli v. New York City, et al.* (*Celli I*), No. 24-CV-9743 (JPC) (RWL). Indeed, since filing the Complaint, Plaintiff has filed identical motions in both cases seeking to stay proceedings in *Celli I*, *see* ECF No. 10; No. 24-CV-9743, ECF No. 104, and has filed here objections to a ruling in *Celli I*, *see* ECF No. 12.

      Rule 13(a)(1)(A) of the Rules for the Division of Business Among District Judges ("DOB Rules") for this District provide that two cases will be deemed related if "there is substantial factual overlap" between them, "the parties could be subjected to conflicting orders," and "absent a determination of relatedness there would be a substantial duplication of effort and expense, delay, or undue burden on the Court." When cases are designated as related, they are to be "forwarded to the judge before whom the allegedly related case . . . [is] pending, who shall decide whether to accept or reject the case," subject to review by the Court's Assignment Committee. *See* DOB Rule 13(b)(2); *see also* DOB Rule 2.

      The undersigned conferred with Judge Cronan and Magistrate Judge Lehrburger, who are presiding over *Celli I*, and all agree that this case should be deemed related to *Celli I*. The Assignment Committee has concurred with that assessment. Accordingly, the Clerk of Court is directed to reassign this case to Judge Cronan as related to *Celli I*.

      SO ORDERED.

Dated: May 14, 2025
       New York, New York
                                                JESSE M. FURMAN
                                               United States District Judge