UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
LUCIO CELLI,                                              :
                                                          :
                               Plaintiff,                 :
                                                          :
            -v-                                           :          25 Civ. 2031 (JPC)
                                                          :
DONALD J. TRUMP, *et al.*,                                :          ORDER TO SHOW CAUSE
                                                          :
                               Defendants.                :
                                                          :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       This case was reassigned to the undersigned on May 15, 2025, following a determination

that it was related to No. 24 Civ. 9743 (JPC) (RWL).  *See* Dkt. 21.

       Plaintiff is ordered to show cause why this case should not be dismissed *sua sponte* for (1)

the reasons set forth in the May 27, 2025 Report and Recommendation issued by the Honorable

Robert W. Lehrburger in No. 24 Civ. 9743 (JPC) (RWL), and/or (2) as a frivolous matter that lacks

an arguable basis in law or fact, *see, e.g.*, *Fitzgerald v. First E. Seventh St. Tenants Corp.*, 221

F.3d 362, 364 (2d Cir. 2000) (per curiam) ("[D]istrict courts may dismiss a frivolous complaint

*sua sponte* even when the plaintiff has paid the required filing fee, just as the Court of Appeals

may dismiss frivolous matters in like circumstances."); *Houston v. Manheim-N.Y.*, 475 F. App'x

776, 779-80 (2d Cir. 2012).

       Plaintiff's response to this Order to Show Cause is due by June 10, 2025, must be clearly

entitled "Response to Order to Show Cause," and may not exceed fifteen pages in length.  Plaintiff

must submit any response through the Court's *Pro Se* Intake Unit, as outlined at

https://www.nysd.uscourts.gov/prose; a response filed through any other method will not be

considered.  Should Plaintiff submit more than one document in response to this Order to Show

Cause, the Court will consider only the first document filed.

      SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                     JOHN P. CRONAN
                           United States District Judge