UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
LUCIO CELLI,                                                           :
:
                     Petitioner,                              :
:
             -v-                                           :      25 Civ. 2031 (JPC)
:
DONALD J. TRUMP, *et al.*,                                             :      <u>ORDER</u>
:
                     Respondents.                             :
:
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court will take Respondent New York City Department of Education's June 25, 2025 letter, Dkt. 27, under advisement. Respondents need not respond to Petitioner's motions in this case until further order of the Court directing otherwise.

        Petitioner is cautioned that the Court has already warned him in the related case, No. 24 Civ. 9743 (JPC) (RWL), that continuing to make frivolous submissions to the Court is an abuse of the Court's official processes. The Court likewise warns Petitioner that making frivolous submissions in this case while Petitioner's objections and response to the Order to Show Cause in No. 24 Civ. 9743 are under submission[1] may result in sanctions, including dismissal of this case.

        SO ORDERED.

Dated: July 2, 2025
       New York, New York                         JOHN P. CRONAN
                                                                     United States District Judge

---

[1] The Court notes that Petitioner did not file a response to the Court's May 28, 2025 Order to Show Cause in this matter, although he did respond to a similar order issued in No. 24 Civ. 9743. In light of Petitioner's *pro se* status, the Court will consider his response in No. 24 Civ. 9743 when making its decision whether this case should be dismissed for (1) the reasons set forth in the May 27, 2025 Report and Recommendation issued by the Honorable Robert W. Lehrburger in No. 24 Civ. 9743 (JPC) (RWL), and/or (2) as a frivolous matter that lacks an arguable basis in law or fact. *See* Dkt. 22.