**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
LUCIO CELLI,

                         Petitioner,

           -against-

TRUMP, et al.,

                       Respondents.
----------------------------------------------------------------X

25 **CIVIL** 2031 (JPC)

**<u>JUDGMENT</u>**

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 30, 2025, this action is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       December 30, 2025

                                **TAMMI M. HELLWIG**
                              _____
                                **Clerk of Court**

                **BY:**        *K. Mango*

                                _____
                                **Deputy Clerk**