**Lucio Celli**
89 Widmer Road
Wappingers Falls, NY 12590
Lucio.celli.12@gmail.com

July 3, 2025

**Hon. Cronan**
Southern District of New York
500 Pearl Street
New York, NY 10007

Docket 24-cv-9743/25-cv-2031

**Re: I plan, for the moment, to stop filing for a while because I need to focus on others things and it does not matter what I file or do not file because it has already been decided for Randi and the UFT**

Hon. Cronan:

So, Your Honor will be pleased that I plan on forgetting this for a while, but I believe the decision will be out today, 7/7/25 or tomorrow 7/8 that favors Randi, UFT and DOE getting away with federal crimes –as Your Honor cannot read who, when, and what either.

Nonetheless, I results at the gym, and I need to get back into "___ popping form again." The less I see this crap, I am better off. My "arch-enema" will still be around. Evil mob boss or Grand Leech but known to the world as Rhonda "Randi" Weingarten.

Nonetheless, I am seeing results at the gym, and I need to get back into "___ popping form again." The less I deal with this nonsense, the better off I am. My "arch-enema" will still be around—evil mob boss or Grand Leech but known to the world as Rhonda "Randi" Weingarten.

Respectfully,

Sincerely,
Lucio Celli

*/s/ Lucio Celli 7/7/25*